**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-02261-VAP (DTBx)                    Date:  November 21, 2014

Title:       BP INDUSTRIES INCORPORATED *-v-* MICHAELS STORES, INC., AND
             UMBRA LTD
=============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Marva Dillard                            None Present
       Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                        DEFENDANTS:

       None                               None

PROCEEDINGS:          MINUTE ORDER (1) VACATING NOVEMBER 24, 2014
                      STATUS CONFERENCE AND (2) ORDERING PARTIES TO
                      SHOW CAUSE FOR FAILURE TO FILE A JOINT
                      MEDIATION REPORT (IN CHAMBERS)

       On June 23, 2014, the parties appeared for a scheduling conference.  (Doc. No. 32.)  At the scheduling conference, the parties stated there was a chance this case would settle.  As a result, the Court continued the scheduling conference and ordered that the parties participate in a settlement conference by no later than August 29, 2014.  (<u>Id.</u>)  The Court required the parties to file a joint report no later than 10 days after the settlement conference regarding the progress of mediation.  (<u>Id.</u>)  The parties filed -- and the Court granted -- a joint stipulation to continue the mediation deadline to October 31, 2014 and to continue the scheduling conference to November 24, 2014.  (Doc. Nos. 33-34.)
       To date, the Court has not received a joint report from the parties regarding

EDCV 13-02261-VAP (DTBx)
BP INDUSTRIES INCORPORATED v. MICHAELS STORES, INC., AND UMBRA LTD
MINUTE ORDER of November 21, 2014

the progress of mediation.  Accordingly, the Court VACATES the scheduling conference set for November 24, 2014, and ORDERS the parties to show cause in writing, no later than November 25, 2014, why they should not be sanctioned for failing to file the mediation report timely.

The parties may discharge this order by filing a notice of settlement by November 25, 2014.

**IT IS SO ORDERED.**