LAW OFFICE OF JOHN W. MARTIN
John W. Martin (CA SBN: 113503)
Email: john@johnwmartinlaw.com
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, California 90266
Telephone No.: (310) 342-6800
Facsimile No.: (310) 377-8069

Attorney for Plaintiff
BP INDUSTRIES INCORPORATED

JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BP INDUSTRIES INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAELS STORES, INC. and UMBRA LTD,<br><br>    Defendants. | Case No. 5:13-CV-02261-VAP-DTB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, BP Industries Incorporated, and defendants Michaels Stores, Inc. and Umbra Ltd that the Complaint in this action be dismissed WITH PREJUDICE, and all Counterclaims in this action be dismissed WITHOUT PREJUDICE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of

1

that certain "CONFIDENTIAL SETTLEMENT & RELEASE AGREEMENT, dated December 23, 2014, by and between all of the parties to this action.

LAW OFFICE OF JOHN W. MARTIN

/s/ John W. Martin
John W. Martin, CA SBN # 113503
Attorney for BP Industries Incorporated

DYKEMA GOSSETT LLP

/s/ Allan Gabriel
Allan Gabriel, CA SBN#76477
Attorney for Michaels Stores, Inc.

DAMON MOREY LLP

/s/ Randolph C. Oppenheimer
Randolph C. Oppenheimer
Attorney for Umbra Ltd

## C.D. Cal. L.R. 5-4.3.4(a)(2)(i) Attestation

I attest that the e-signatures of Allan Gabriel, on behalf of defendant Michaels Stores, Inc., and Robert C. Oppenheimer, on behalf of defendant Umbra Ltd, were added with authorizations conveyed by email from Messrs. Gabriel and Oppenheimer. Pursuant to the emails from Messrs. Gabriel and Oppenheimer, defendant Michaels Stores, Inc.'s counsel and defendant Umbra Ltd's counsel concur in this filing's content and have authorized this filing.

/s/ John W. Martin
John W. Martin

IT IS SO ORDERED.
DATED: 12/30/14

*Virginia A. Phillips*
UNITED STATES DISTRICT JUDGE